UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN A. BACCHUS,<br><br>Plaintiff,<br><br>vs.<br><br>NELSON, WATSON & ASSOCIATES, LLC,<br><br>Defendant. | Docket No: 3:15-cv-00903-JM-RBB |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff BRIAN A. BACCHUS, through their counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice.

DATED: September 9, 2015

**BARSHAY SANDERS, PLLC**
By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*
Our File No.: 108795

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530